modified, affirmed, without costs of this appeal to any party.

LANKFORD v. THORNTON et al. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) Action by Elizabeth Lankford against Annie E. Thornton and others.

PER CURIAM. The remedy against the legatee or heirs of a deceased debtor, being purely statutory, is controlled, defined, and regulated by the enactments now in force. Selover v. Coe, 63 N. Y. 438. The right to pursue the successors in interest, such as legatees, is based on the fact, and to the extent only, that assets have been paid or distributed to such legatee. Section 1837, Code of Civil Procedure. So far as concerns the demurring legatee, Mr. McDermott, it is not alleged that the legacy to him has been paid, or that any assets of the estate have been distributed to him. This suit, begun in less than a year after the testator's death, was instituted before any such legacy could be lawfully paid. Section 2721, Code of Civil Procedure. Hence it was rightly held that the complaint as to this defendant does not state facts sufficient to constitute a cause of action. The interlocutory judgment sustaining the demurrer is therefore affirmed, with costs, but with leave to the plaintiff to plead anew within 20 days upon payment of costs. See, also, 157 App. Div. 894, 142 N. Y. Supp. 1127.

LAPRETA, Appellant, v. JOHN T. BRADY & CO., Respondent. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Constantino Lapreta against John T. Brady & Company. T. J. O'Neill, of New York City, for appellant. F. V. Johnson, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LATNER, Respondent, v. WEBER et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Martin H. Latner against Alexander J. Weber and another. No opinion. Judgment and order of the County Court of Kings County affirmed, with costs.

LAZARUS, Appellant, v. EISLER et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 20, 1914.) Action by Herman Lazarus, an infant, by Max Lazarus, his guardian ad litem, against Antonio ·Eisler and another, copartners, etc. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 150 App. Div. 853, 135 N. Y. Supp. 211; 151 App. Div. 918, 135 N. Y. Supp. 1123.

LEFLER v. OELRICHS et al. (two cases). (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Theodore W. Lefler against Theresa A. Oelrichs and others. · J. M. Bowers, of New York City,

for appellants. F. P. Ufford, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

In re LENNEY. (Supreme Court, Appellate Division, First Department. January 16, 1914.) In the matter of James C. Lenney, an attorney. No opinion. Motions granted. Settle orders on notice. See, also, 155 App. Div. 904, 140 N. Y. Supp. 1127.

In re LEONARD ST. et al. (Supreme Court, Appellate Division, First Department. January 16, 1914.) In the matter of Leonard and other streets. No opinion. Motion granted. Order filed.

LEWIS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Frederick N. Lewis against the City of New York. No opinion. . Judgment and order affirmed, with costs.

LEWIS, Respondent, v. NECKER, Appellant. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Elliot Lewis against William Necker. C. G. Wheeler, of New York City, for appellant. M. S. Bevins, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re LICHTENBERG. (Supreme Court, Appellate Division, First Department. January 16, 1914.) In the matter of Joseph Lichtenberg, an attorney. No opinion. Referred to official referee. Settle order on notice.

LOCKPORT CANNING CO., Respondent, v. PUSATERI, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action · by the Lockport Canning Company against Rosario Pusateri. No opinion. Judgment (79 Misc. Rep. 293, 139 N. Y. Supp. 640) affirmed, with costs.

LOEW, Respondent, v. McINERNEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Lottie Loew against Charles A. McInerney and others.

PER CURIAM. Motion granted, without costs, that plaintiff deposit in court the sum of $2,500 to the credit of this action to abide the event thereof, and to be paid to the defendants in lieu of their interest in the property and any income or interest therein or therefrom, in case of final judgment in their favor, or, if there be an appeal, upon the . affirmance of that judgment. See, also, 144 N. Y. Supp. 1126; 145 N. Y. Supp. 1130.

LOEW v. McINERNEY et al. (Supreme Court, Appellate Division, Second Department.

February 6, 1914.) Action by Lottie Loew against Charles A. McInerney and others. No opinion. Motion denied, without costs; but the plaintiff may have an extension of 10 days from the date of the entry of this order to comply with the terms of the order originally entered. See, also, 145 N. Y. Supp. 1130.

LOUIS LEVIEN CUT GLASS CO. v. HINSBERGER. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the Louis Levien Cut Glass Company against Louis Hinsberger. No opinion. Application denied, with $10 costs. Order signed. Motion for stay denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 741.

LUBINGER v. VOGEL et al. (two cases). (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Philip Lubinger against Harry Vogel and others. No opinions. Motions to dismiss appeal denied, without costs. Orders filed.

LUCARELLI, Respondent, v. O'BRIEN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Nicola Lucarelli against the O'Brien Construction Company. No opinion. Motion for reargument denied, with $10 costs. See, also, 144 N. Y. Supp. 1126.

LUPP, Respondent, v. MACHWIRTH BROS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Andrew Lupp against the Machwirth Bros. Company. No opinion. Judgment and order affirmed, with costs.

LYONS, Appellant, v. EDMONDS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by Jacob Lyons against William J. Edmonds.

PER CURIAM. It appearing that there are not four justices of this court qualified to sit in the determination of this appeal, the same is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

MABBETT, Respondent, v. ZIMBRICH, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Alonzo L. Mabbett against Albert M. Zimbrich. No opinion. Judgment and order affirmed, with costs.

McCAUGHAN, Respondent, v. HOME SAVINGS BANK OF CITY OF ALBANY, Appellant. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by Elizabeth McCaughan, as administratrix, etc., of James B. McCaughan, deceased, against the Home Savings Bank of the City of Albany.

No opinion. Motion denied. See, also, 145 N. Y. Supp. 105.

MacFARLAND, Respondent, v. COMMERCIAL TRAVELERS' MUT. ACCIDENT ASS'N OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Helen M. MacFarland against the Commercial Travelers' Mutual Accident Association of America. No opinion. Judgment and order affirmed, with costs.

McKINLEY REALTY & CONST. CO., Appellant, v. BEERS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the McKinley Realty & Construction Company against Lucius H. Beers and others. J. R. Schiff, of New York City, for appellant. H. Mansfield, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

MACKLE, Respondent, v. ANNESLEY & CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by John H. Mackle against Annesley & Co. No opinion. Judgment and order unanimously affirmed, with costs.

MACKLIN, Appellant, v. OATES et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by John Macklin, as executor, etc., against John T. Oates and others. No opinion. Motion denied, without costs.

McMAHAN v. NEW YORK MILLS. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by William C. McMahan, as administrator, etc., against the New York Mills.

PER CURIAM. Judgment and order reversed, defendant's motion for nonsuit granted, and complaint dismissed, with costs, including the costs of this appeal. Held, first, that there was no evidence that the platform is within the lines of a highway; second, that users of the platform were mere licensees, to whom defendant is not liable for mere neglect to keep the platform in repair.

McNAMARA, Appellant, v. FARRELL, Respondent. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Margaret McNamara, as administratrix, etc., against Thomas Farrell. C. J. Earley, of New York City, for appellant. N. S. Spencer, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McNULTY v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Patrick